158 A.3d 1236

Stacy Parks MILLER, District Attorney, Petitioner

v.

COUNTY OF CENTRE; Sean P. McGraw; Andrew Shubin, Attorney at Law, d/b/a/ The Law Office of Andrew Shubin; Bernard F. Cantorna, Esquire, Bryant & Cantorna, P.C.; and John Does 1-5, Respondents

Stacy Parks Miller, District Attorney, Petitioner

v.

County of Centre; Sean P. McGraw; Andrew Shubin, Attorney at Law, d/b/a/ The Law Office of Andrew Shubin; Bernard F. Cantorna, Esquire, Bryant & Cantorna, P.C.; and John Does 1-5, Respondents

No. 263 MAL 2016
No. 264 MAL 2016

Supreme Court of Pennsylvania.

October 5, 2016

## ORDER

PER CURIAM

**AND NOW**, this 5th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

Do district attorneys and their offices constitute "judicial agencies" as defined under Section 102 of the Right-to-Know-Law, 65 P.S. § 67.102?